**UNITED STATES FEDERAL DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case Number:** |
| | ) | **4:26cr107-5** |
| **OMER SMALLS,** | ) | |
| **Defendant.** | ) | |

**ORDER**

Based upon the motion of the Defense, and for good cause shown therein, the Defense's motion for leave of absence is GRANTED for the following dates:

a) October 26 through November 6, 2026 for the Chatham County Superior Court trial of Logan Blair.

b) November 23 through November 27, 2026 for travel.

c) December 22 and December 23, 2026 for travel.

SO ORDERED, this 30th day of September 2026.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA